## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TAMARA "MISTI" EAKER** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:20cv92-HSO-JCG** |
| | § | |
| | § | |
| **CITY OF MOSS POINT,** | § | **DEFENDANTS** |
| **MISSISSIPPI; MARIO KING; and** | § | |
| **JOHN DOES 1-5** | § | |

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS MATTER IS BEFORE THE COURT on Defendants City of Moss Point, Mississippi and Mario King's Motion to Dismiss [70] for failure to state a claim upon which relief can be granted under Rule 12(b)(6). The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this Civil Action is **DISMISSED WITH PREJUDICE** as to all parties for failure to state a claim.

**SO ORDERED AND ADJUDGED**, this the 26th day of February, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE